IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NORMA I. MARTINEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:13-CV-1700-L** |
| | § | |
| **WELLS FARGO BANK, N.A.,** | § | |
| **MORTGAGE ELECTRONIC** | § | |
| **REGISTRATION SERVICE, and** | § | |
| **BARRETT DAFFIN FRAPPIER** | § | |
| **TURNER & ENGEL, LLP,** | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the court are Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Mortgage Electronic Registration Service's ("MERS") Motion to Dismiss (Doc. 6), filed May 13, 2013, and Barrett Daffin Frappier Turner & Engel, LLP's ("Barrett") Motion to Dismiss (Doc. 12), filed June 20, 2013. Wells Fargo and MERS's Motion to Dismiss was referred to Magistrate Judge Paul D. Stickney on May 15, 2013. Barrett's Motion to Dismiss was referred to Judge Stickney on July 24, 2013. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on December 30, 2013, recommending that the court grant Defendants' motions and dismiss with prejudice all of *pro se* Plaintiff Norma I. Martinez's ("Plaintiff") claims and causes of action. No objections to this report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **determines** that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendants Wells

Fargo and Mortgage Electronic Registration Service's Motion to Dismiss (Doc. 6); **grants** Defendant Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss (Doc. 12); and **dismisses with prejudice** all of Plaintiff's claims and causes of action.  Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the court will enter judgment by separate document.

   **It is so ordered** this 27th day of February, 2014.

                                              *Sam A. Lindsay*
                                              Sam A. Lindsay
                                              United States District Judge